AUG 3 0 2010

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FAISAL SHAHZAD,
JONATHAN LEE RICHES,

      Plaintiffs,

vs.

JERUSALEM POST, *et al.*,
      Defendants.

)
)
)
)
)
)
)
)
)
)

3:10-cv-00384-LRH-VPC

**ORDER**

      This is a civil rights action submitted by plaintiff Jonathan Lee Riches. Plaintiff failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Under 28 U.S.C. § 1915(g), Riches has been banned from filing actions *in forma pauperis* unless he can show he is in imminent danger of serious physical injury. Plaintiff cannot proceed *in forma pauperis* in this action or any other civil action filed in any federal court because he has had three (3) or more prior actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious. The subject matter of this action does not indicate that plaintiff is in imminent danger of serious physical injury. He must pre-pay the filing fee in full.

      **IT IS THEREFORE ORDERED** that this entire action will be dismissed without prejudice unless plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of this order.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of

1   this order.  Plaintiff shall make the necessary arrangements to have one copy of this order attached to

2   the check paying the filing fee.

3          **IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.

5          DATED this _30_ day of _____, 2010.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE