1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9   FAISAL SHAHZAD,                    )
    JONATHAN LEE RICHES,               )
10                                     )
                 Plaintiffs,           )        3:10-cv-00384-LRH-VPC
11                                     )
    vs.                               )
12                                     )        **ORDER**
    JERUSALEM POST, *et al.*,          )
13               Defendants.           )
    _____ /

14

15          This is a *pro se* civil rights action submitted by plaintiff Jonathan Lee Riches.  By order dated

16   August 30, 2010, the court directed plaintiff to submit the $350.00 filing fee within thirty (30) days

17   (docket #5).  The court expressly warned plaintiff that failure to respond to this court's order would

18   result in dismissal of this action.  The order was served on plaintiff at his address of record.

19          More than the allotted time has elapsed and plaintiff has not responded to the court's order in

20   any manner.  Accordingly, this entire action will be dismissed for failure to comply with the court's

21   order.       **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice**

22   for the failure of plaintiff to comply with this court's order to pay the filing fee.

23          **IT IS FURTHER ORDERED** that plaintiff's "motion by movants to intervene as plaintiffs"

24   (docket #4) is **DENIED**.

25   ///

26   ///

27   ///

28   ///

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 8th  day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE