~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~ ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

FAISAL SHAHZAD
JONATHAN LEE RICHES,

     Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-cv-00384-LRH-VPC**

JERUSALEM POST, et al.,

     Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to pay the filing fee (Document No. 5).

  October 8, 2010                                         **LANCE S. WILSON**
                                                                        Clerk

                                                                  /s/ Katie Lynn Ogden
                                                                      Deputy Clerk